CAROLINE E. COX, as Administratrix of the Estate of MALACHI F. COX, Respondent, *v.* SEGLIN-HARRISON CONSTRUCTION CO., INC., Appellant.

(Argued October 11, 1934; decided October 26, 1934.)

598

*Horace B. Casey* for appellant.

*Daniel H. Prior, George W. Foy, John T. DeGraff* and *Louis F. O' Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.